JOHN ROBERT UNRUH (SBN 254662)
UNRUH LAW, P.C.
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415-335-6417
Fax: 415-360-5917
Email: john@jru-law.com

Attorney for Plaintiff
JONATHAN A. SEEWER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN A. SEEWER,<br><br>         Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and UNITED AIRLINES, INC. LONG TERM DISABILITY INSURANCE PLAN,<br><br>         Defendant. | Case No.:   3:23-cv-2943<br><br>COMPLAINT FOR: BREACH OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974 (ERISA) |

Plaintiff, JONATHAN A. SEEWER (hereafter "Plaintiff"), alleges against the Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and UNITED AIRLINES, INC. LONG TERM DISABILITY INSURANCE PLAN as follows:

**I. JURISDICTION**

1. Plaintiff's Complaint relates to an employee welfare benefit plan as defined by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 et seq. (hereafter "ERISA"). This Court's jurisdiction is invoked pursuant to 28 U.S.C. §1331 and 29 U.S.C. §1132(e), (f), and (g).

2. Plaintiff has exhausted all administrative remedies related to the denial of the disability plans that are the subject of this Complaint.

## II. INTRADISTRICT ASSIGNMENT

3. At all times relevant to this Complaint, Plaintiff was a resident of the County of San Mateo, therefore, venue is proper within the Northern District of California.

4. Plaintiff's Complaint may be assigned to the San Francisco or Oakland division pursuant to Local Rule 3-2.

## III. PARITES

5. At all times relevant, Plaintiff was a participant in the United Airlines, Inc. Long Term Disability Insurance Plan for Flight Attendants (hereafter "the Plan"), which provides disability benefits to its participants (Policy No. G-53344-IL).

6. At all times relevant, the Plan and its benefits were insured by, funded by, and administered by Defendant The Prudential Life Insurance Company of America (hereafter "Defendant").

7. At all times relevant, the Plan was a welfare benefit plan within the meaning of ERISA and was purchased by United Airlines, Inc. to offer, *inter alia*, disability benefits to its employees, including Plaintiff.

8. At all times relevant, Defendant was a corporation organized under statutes in the State of New Jersey and doing business in California within the City and County of San Francisco and elsewhere.

## IV. GENERAL ALLEGATIONS

9. Plaintiff was hired by United Airlines, Inc. on or around June 4, 1985, as a Flight Attendant. Plaintiff continued to work in this capacity until sometime on or around November 19, 2019, when

he ceased work due to disability. Plaintiff submitted a timely application for benefits pursuant to the Plan to Defendant.

10.   Starting on or around March 19, 2020, Defendant began to pay Plaintiff's claim for disability benefits but then ceased payments starting on or around September 27, 2020 on the grounds that the medical evidence reviewed did not support a continued finding that Plaintiff's disability prevented him from working, as defined in the Plan. Plaintiff appealed the determination, which was upheld by Defendant in a decision dated January 25, 2023 that alleged the medical documentation in the file did not support medically necessary restrictions and/or limitations and thus Plaintiff was not entitled to benefits according to the Plan.

11.   Plaintiff made proper and timely claims to Defendant for the benefits due him under the Plan. Despite Plaintiff meeting the definition of disability under the Plan's policies at all times relevant herein, Defendant denied Plaintiff's entitlement to disability benefits.

12.   Plaintiff has complied with all of the conditions precedent to receive the benefits under the terms and conditions of the Plan, yet Defendant has failed to pay Plaintiff the benefits he is due.

**CLAIM FOR RELIEF**
**CAUSE OF ACTION: BREACH OF INSURANCE CONTRACT**

13.   Plaintiff hereby incorporates by reference paragraphs 1 through 12 above as if set forth in full herein.

14.   ERISA Section 502(a)(1)(B), 29 U.S.C.A. §1132(a)(1)(B) permits a plan participant to bring a civil action to recover benefits due a participant under the terms of a plan, and/or to clarify a participant's right to future benefits.

15.   At all times herein mentioned, Plaintiff was a beneficiary under the Plan and Plaintiff has been totally disabled under the terms and conditions of said Plan.

16. Defendant agreed to pay benefits to Plaintiff in accordance with the provisions of the policies governing the Plan. Defendant has violated and continue to violate the terms of the Plan and Plaintiff's rights thereunder by denying Plaintiff's claim for disability benefits under the Plan.

17. Furthermore, Defendant, by denying Plaintiff's entitlement to benefits under the Plan, has caused Plaintiff to lose his eligibility and entitlement to other benefits, such as, *inter alia*, survivor benefits, life insurance benefits, and health care benefits.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment in his favor and against Defendant as follows:

A. Order Defendant pay benefits due Plaintiff under the Plan from the beginning of his disability through the date judgment is entered;

B. Order Defendant pay future benefits due Plaintiff under the Plan until such time as Plaintiff is no longer disabled within the meaning of the Plan;

C. Order Defendant to pay all interest as allowed by law;

D. Award Plaintiff reasonable attorney fees and costs in an amount to be shown according to proof; and

E. Provide any and all other relief the Court deems just and proper.

Date: June 15, 2023

Respectfully submitted,

UNRUH LAW, P.C.

/s/ John Robert Unruh
John Robert Unruh
Attorney for Plaintiff
100 Pine Street, Suite 1250
San Francisco, CA 94111
415-335-6417
john@jru-law.com