```
 1  Jason A. James (Bar No. 265129)
    jjames@mmhllp.com
 2  MESERVE, MUMPER & HUGHES LLP
    1000 Wilshire Boulevard, Suite 1860
 3  Los Angeles, California 90017-2457
    Telephone: (213) 620-0300
 4  Facsimile: (213) 625-1930

 5  Attorney for Defendant
    THE PRUDENTIAL INSURANCE COMPANY OF
 6  AMERICA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| JONATHAN A. SEEWER, | ) | Case No. 4:23-cv-02943-HSG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO DISMISS UNITED AIRLINES, INC. LONG TERM DISABILITY INSURANCE PLAN WITHOUT PREJUDICE; ORDER** |
| vs. | ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and UNITED AIRLINES, INC. LONG TERM DISABILITY INSURANCE PLAN, | ) | Judge: Hon. Haywood S. Gilliam, Jr. |
| | ) | Complaint Filed: June 15, 2023 |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff JONATHAN A. SEEWER ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through their counsel, as follows.

1.  The parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq*.

2.  Plaintiff has named United Airlines, Inc. Long Term Disability Insurance Plan (the "Plan") as a defendant in this action.

3.  Prudential has confirmed that the long term disability ("LTD") benefits at issue in this case under the Plan are fully insured for the time period at issue in this case under the group insurance contract it issued to United Airlines, Inc.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

180581.1

1

Case No. 4:23-cv-02943-HSG
STIPULATION TO DISMISS THE PLAN
WITHOUT PREJUDICE; ORDER

4. Prudential acknowledges and agrees that it will be responsible for any judgment relating to LTD benefits under the Plan, and attorneys' fees, if awarded, as they relate to Plaintiff based on the allegations made in the Complaint against Prudential in the above-captioned action.

5. By this Stipulation, the parties acknowledge that Prudential does not waive or alter, in any way, any other of its available procedural or substantive defenses in this litigation and specifically does not waive its right to contend that Plaintiff is not entitled to any relief or recovery under the Complaint.

6. The parties therefore stipulate and request that defendant the Plan be dismissed without prejudice, with the parties to bear their own attorneys' fees and costs directly related to this Stipulation and dismissal of the Plan. Prudential shall remain the only named defendant.

**IT IS SO STIPULATED.**

Dated: July 24, 2023

John Robert Unruh
UNRUH LAW, P.C.

By: */s/ John Robert Unruh*
John Robert Unruh
Attorney for Plaintiff
UNRUH LAW, P.C.

Dated: July 24, 2023

Jason A. James
MESERVE, MUMPER & HUGHES LLP

By: */s/ Jason A. James*
Jason A. James
Attorney for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180581.1

2

Case No. 4:23-cv-02943-HSG
STIPULATION TO DISMISS THE PLAN
WITHOUT PREJUDICE; ORDER

**ORDER**

IT IS HEREBY ORDERED that defendant United Airlines, Inc. Long Term Disability Insurance Plan (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan Without Prejudice and the dismissal of the Plan. Prudential shall remain the only named defendant in this action.

**IT IS SO ORDERED.**

Dated: 7/24/2023

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

180581.1

3

Case No. 4:23-cv-02943-HSG
STIPULATION TO DISMISS THE PLAN
WITHOUT PREJUDICE; ORDER