UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN A SEEWER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendant. | Case No. 23-cv-02943-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on September 26, 2023. Having considered the parties' proposals, *see* Dkt. No. 22, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to Amend Pleadings | December 1, 2023 |
| Close of Fact Discovery (if permitted) | March 25, 2024 |
| Deadline to Lodge Administrative Record | April 16, 2024 |
| Plaintiff's Opening Rule 52 Brief Due | April 16, 2024 |
| Defendant's Opening/Opposition Rule 52 Brief Due | May 14, 2024 |
| Plaintiff's Opposition/Reply Due | June 4, 2024 |
| Defendant's Reply Due | June 25, 2024 |
| Rule 52 Hearing/Bench Trial (half day) | July 19, 2024 at 10 a.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  9/26/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge