| | |
|---|---|
| 1 | Jason A. James (Bar No. 265129) |
|   | jjames@mmhllp.com |
| 2 | MESERVE, MUMPER & HUGHES LLP |
|   | 660 South Figueroa Street, Suite 1980 |
| 3 | Los Angeles, California 90017 |
|   | Telephone:  (213) 620-0300 |
| 4 | Facsimile:  (213) 625-1930 |
| 5 | Attorneys for Defendant |
|   | THE PRUDENTIAL INSURANCE COMPANY OF |
| 6 | AMERICA |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN A. SEEWER, | ) | Case No. 4:23-cv-02943-HSG |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| THE PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA; and UNITED AIRLINES, INC. | ) | Judge:   Hon. Haywood S. Gilliam, Jr. |
| LONG TERM DISABILITY INSURANCE | ) | |
| PLAN, | ) | Complaint Filed:   June 15, 2023 |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED, by and between plaintiff JONATHAN A. SEEWER and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a), *et seq*. of the Federal Rules of Civil Procedure.  Each party shall bear his or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

///

///

///

///

1 | **IT IS SO STIPULATED**.

3 | Dated:  November 29, 2023    John Robert Unruh
UNRUH LAW, P.C.

By:  */s/ John Robert Unruh*
     John Robert Unruh
     Attorneys for Plaintiff
     JONATHAN A. SEEWER

10 | Dated:  November 29, 2023    Jason A. James
MESERVE, MUMPER & HUGHES LLP

By:  */s/ Jason A. James*
     Jason A. James
     Attorneys for Defendant
     THE PRUDENTIAL INSURANCE
     COMPANY OF AMERICA

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

181077.1

2

Case No.  4:23-cv-02943-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND ORDER

# **ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**SO ORDERED.**

Dated: 11/30/2023

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

181077.1

3

Case No. 4:23-cv-02943-HSG
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND ORDER